This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**STATE OF NEW MEXICO ex rel.**
**HUMAN SERVICES DEPARTMENT**
**AND ANNETTE BACA and**
**JOSHUA TORRES-BACA,**

   **Petitioner-Appellee,**

**vs.**            **No. 34,669**

**NICK LUCHETTI,**
    **Respondent-Appellant.**

**APPEAL FROM THE DISTRICT COURT OF VALENCIA COUNTY**
**Allen R. Smith, District Judge**

Jane Rocha De Gandara
Las Lunas, NM

for Petitioner

Law Offices of Lynda Latta, LLC
Lynda Latta
Brianna Feerer-Huss
Albuquerque, NM

for Respondent

**MEMORANDUM OPINION**

**HANISEE, Judge.**

{1}     Summary affirmance was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary affirmance has been filed and the time for doing so has expired.

{2}     **AFFIRMED.**

{3}     **IT IS SO ORDERED.**


_____
**J. MILES HANISEE, Judge**

**WE CONCUR:**


_____
**MICHAEL D. BUSTAMANTE, Judge**


_____
**TIMOTHY L. GARCIA, Judge**